UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
600 GRANBY STREET
NORFOLK, VIRGINIA 23510

BOBBIE RAY EDWARDS
V.                                    CASE NO. _____
UNITED STATES DISTRICT COURT          28 USC 1331
    OFFICERS,
TAMORA TICHENOR, COURT REPORTER,
LORRAINE HOWARD, DEPUTY CLERK

RECEIVED DEC 20 2022
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

## MOTION
## TO ACCESS FEDERAL RECORDS
## PURSUANT TO 28 U.S.C 1331

Petitioner, Bobbie Ray Edwards, pro-se pursuant to 28 USC 1331, an ordinary suit seeks to enforce his common law right to access federal judical records, namely back up audio recording of Court Reporter Transcript. Petitioner makes a prima facie showing sufficient enough to show a "distrust to the accuracy of the stenographic transcripts". See attached Addendums A, B, C and D, exhausting administrative remedies dated 9/8/2022 "Subject: Inaccuracy of the Stenographic Transcripts 15 of 17" to Chief Judge Mark S. Davis.

### FACTS

Specifically, has requested according to the "Access Rule" and Court Reporter Act, 28 USC 753(b), which requires verbatim recording of proceeding in open court, pursuant to the minutes held in open court in the instant case on June 11, 2012 (ECF NO. 82) 17 pages filed by the Court Reporter Tamara Tichenor with the Court 01/02/2013 page 15 of 17 pages ID# 10312 lines 1-7 of the proceeding on the jury instructions given by the Judge on the elements of the charges in the indictment given to the jury to deliberate as towards defendants' guilt or innocence. Such notes of the Court Reporter Act, 28 USC 753(b) must be preserved as public Records for atleast ten years. U.S.A. v. OBrran Davis 2021 U.S. Dist LEXIS 173826 (Western District of North Carolina): from 01/02/2013 to 01/02/2023 as in the instant case.

The Petitioner has made a prima facie showing with the attached Addendums that the jury charge on the elements of the charges in the indictment are inaccurate and that Petitioner should be able to access the backup Audio tapes of the proceeding of June 11, 2012, Day 5.

See Judgement attached as addendum E.

Petition has requested to no avail from the court pursuant to the "access rule" an action under 28 USC 1331 assertions, a panel back up Audio Tape or other mechanical devise used of the proceeding from court Reporter Tamora Tichenor and the Chief Judge Mark S. Davis. See Smith v. United States District Court Officers 203 F3d 2000 US App. LEXIS 1562, citing Smith v. United States 956 F2d 647 (7th Cir. 1992).

Even though, plain error and not the presumption of the accuracy of a certified Transcript by the District Judge, the court erred by failing to <u>instruct</u> the jury that for purposes of setting a specific threshold drug quantity under 21 U.S.C.S 841(b), it had to determine what amount of heroin was attributable to the defendant using Pinkerton principle. (Citing in United States v. Ronald Collins 415 F3d 304, 2005 U.S. App. LEXIS 1398). Furthermore, failure of court to instruct jury on Pinkerton, resulted in court sentencing petitioner to a life sentence as a co-conspirator and not

4-21

on amount of attributable to him, a Collins error.

### IN CONCLUSION

The Transcripts of 6/11/2012, filed by the Court Reporter Tamora Tichenor, OCR on 1/02/2013 are not verbatim as the Court Reporter Act 753(b) mandates with mandatory language. The Transcripts are not accurate on the "charge to the jury on the elements of offense charged in the indictment" where defendant was found guilty. See Addendum E., thus because of such stenographic inaccuracy a paid back up copy of the audio tape of the proceeding held in open court should be accessible to Petitioner under the "access rule" pursuant to this suit brought under 28 U.S.C. 1331 and "serve in the best interest of Justice" as an exhibit of such. Petitioner seeks to redress the Court, to deney Petitioner's Motion would be a "miscarriage of Justice", furthermore if a back up audio tape do not exist of the aforementioned open court proceeding, the court should grant an Evidentiary Hearing to

resolve any dispute. The court should keep in mind there exist a common law right to access federal judicial records which can be enforced by means of an ordinary law suit under 28 U.S.C. 1331 such as in the instant case.

Respectfully Submitted, pro-se
/s/ Bobbie Ray Edwards 6/12-/2022
Bobbie Ray Edwards, #10497007
U.S.P HAZELTON
P.O. BOX 2000
Bruceton, Mills. 26525

Pursuant to 28 USC 1746. I Bobbie Ray Edwards, declare under penalty of perjury that the foregoing is true and correct
/s/ Bobbie Ray Edwards 12-6-2022
Bobbie Ray Edwards

## Certificate of Service

12/6/2022

I hereby Certify That on 6th day Dec. month 22 I sent a copy of a motion under 28 USC 1331 by U.S. Mail to The District Court for the Eastern District of Virginia, 600 Granby Street, Norfolk Virginia 23510

Copy To: United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lake Front Commons
Newport News, VA 23606

Respectfully Submitted
B) Bobbie Ray Edwards
Bobbie Ray Edwards # 10492007
U.S.P. Hazelton
P.O. Box 2000
Bruceton, Mills 26525

## MEMORANDUM

7-21
9/8/22
1-4

TO: Chief Judge, Mark S. Davis.
Clerk of Court; Fernando Galino.
Court Reporter, Tamara Tichenor, OCR
Deputy Clerk, Lorraine Howard.
Deputy Clerk, D Brandt.

RE: CASE 4:11-CR-00055-AWA-DEM Document 1082 filed 01/02/13 page 15 of 17 page ID # 10312. Minutes of Proceeding in Open Court... Present the Honorable Arenda L. Wright Allen, District Judge Deputy Clerk Lorraine Howard, Reporter Tamora Tichenor, OCR set: 9:am Started 9:am Ended 3:35 P.M.
    United States V. Bobbie Ray Edwards
        (Jury Trial Day #5)

Subject: Inaccuracy of the Stenographic Transcripts page 15 of 17.

From: Bobbie Ray Edwards # 10497007
    USP Hazelton
    P.O. Box 2000
    Bruceton Mills, WV 26525

Honorable Judge Mark S. Davis, Chief Judge

ADDENUM A

8-2)

2-4

Pursuant to the minutes of the transcripts from June 11, 2012 (ECF No. 1082) 17 pages filed 01/02/13. Page 15 of 17 pages ID#10312 Line 1-7:

1. xxxxx    xxxxx    xxxxx
2. (The jury instructions were given by the Court,
3. Closing arguments of the attorneys, Alternate juror excused
4. Jury deliberations, jury questions, jury verdict, jury argument
5. of Counsel regarding forfeiture, jury verdict, jury excused.
6. And the proceeding continued as follows:)
7. xxxxx    xxxxx    xxxxx

See attached page 15 lines 2-6 are interpolations, parenthesis noteing the interjection by the Court Reporter A digression from the Court Reporter Act 28 USC 753(b) That requires that a Reporter "shall record verbatim (word for word) by short hand or by mechanical means all proceeding in criminal cases had in open court." This language is clear and its requirements are mandatory. Specifically, I am requesting the jury instructions given by the Court on the element of the offense charged in the indictment given to the Jury. The Transcript on the jury charge on the elements are inaccurate. Thus, I am requesting for a paid back up copy of the audio tape of the proceeding of June 11, 2012 Day 5 if the audiotapes of the proceedings exist. See, Smith v. United States, District Court officers

9-21

3-4

203 F.3d 440, 2000 U.S. App. LEXIS 1562
Audiotapes should be deemed judicial records where there is a distrust of the accuracy of the stenographic transcript concerning the minutes of a open court proceeding on a "charge or instructions to the jury on the elements of the offenses charged in the indictment". This position is not only consistent with the regulations and with the statute (which requires only that the reporters original records be filed with court) but also case law which defines the rights of access as a right to those records of a proceeding that are filed in court or that, while not filed, are relied upon by a judicial officer in making a ruling or decision Grove Fresh Distribution Inc. v. Everfresh Juice Co. 24 F.3d 893-897 (7th cir. 1994) Smith v. United States, 956 F.2d 647, 650 (7th cir. 1992) United State v. Corbit 879 F.2d 224, 237, (7th cir. 1989) United States v. El-Sayegh 327 U.S. App. D.C. 308, 131 F.3d 158, 161-62 (D.C. cir. 1997) United States v. Amodeo, 66 F.3d 147, 145-146, (2nd cir. 1995) of Nixon v. Warner Communication Inc. 435 U.S. 589, 55 L.Ed 2d. 570, 98 S.Ct 1306 (1978). Edwards seeks audiotapes that were filed in court, if these tapes exist.

There is a common law right to access federal judicial record which can be enforced by means of an ordinary law suit under 28 U.S.C. 1331; see Smith v. United States, 956 F.2d 647, (7th cir. 1992)

District Courts have jurisdiction under 28 USC 1331 over claims on federal common law, it is not necessary to base a claim on a federal statute or provisions of the United States Constitution. Even if a party has not stated a claim (cited) to 28 U.S.C.S. 1331, when jurisdiction is proper district Courts do not generally reject jurisdiction just because a pro-se pititioner does not originally correctly identify a bases, Materials in which a court relies in determining the litigants rights, are judicial records, subject to the right of "public access" Also 18 USC 1512 and 18 USC 1515 forbid tampering with official judicial proceeding, federal proceeding. That is, I await your rapid response within ten days upon reciept of this exhaustion of administrative remedy before proceeding in the Courts.

Respectfully Submitted
/s/ Bobbie Ray Edwards / Bobbie Ray Edwards #10497007
U.S.P. Hazelton
P.O. Box 2000
Bruceton Mills, WV 26525

Copies: Teresa Frink
Ph: 757-660-4517
File:

Case 2:22-cv-00553-AWA-LRL   Document 1   Filed 12/23/22   Page 11 of 18 PageID# 11
Case 4:11-cr-00055-AWA-DEM   Document 1082   Filed 01/02/13   Page 15 of 17 PageID# 10312

683

```
 1                *****      *****      *****
 2            (The jury instructions were given by the court,
 3    closing arguments of the attorneys, alternate juror excused,
 4    jury deliberations, jury questions, jury verdict, arguments
 5    of counsel regarding forfeiture, jury verdict, jury excused,
 6    and the proceedings continued as follows:)
 7                *****      *****      *****
 8            THE COURT:  All right.  Mr. Edwards, I have your
 9    sentencing procedure order and it's been signed by the
10    attorneys and I have signed it as well.  And it's letting me
11    know that your sentencing is going to be on October the 19th,
12    2012, at 11:00 a.m.  So we're going to put that in your
13    record.
14            Mr. Edwards, a written presentence report will be
15    prepared by the probation office to assist the court in
16    sentencing you.  You will be asked to give information for
17    the report.  You have the right to have Mr. Dunn with you and
18    he will be present with you.
19            You are advised that you and your attorney must read
20    the presentence report which will be available at least
21    35 days prior to sentencing.  You must file a written
22    statement with the probation office at least 14 days prior to
23    sentencing setting out any objections to facts, assertions or
24    opinions contained in the presentence report.  Failure to so
25    file will constitute a waiver of your right to object.
```

TAMORA TICHENOR, Official Court Reporter

ADDENUM B

MEMORANDUM   1-3

TO: Tamora Tichenor, Court Reporter, OCR
Lorraine Howard, Deputy Clerk

8/3/22

THRU: Mark S Davis, Chief Judge
Fernando Galino, Clerk of Court

RE: Case 4:11-cr-00055-AWA-DEM Document 966
filed 06/11/12 Pg 1 of 2 ID# 8008:
United States District Court, Eastern District of
Virginia, Norfolk Division, Monday, June 11, 2012
Minutes of Proceeding in Open Court
Present: The Honorable Arenda L. Wright Allen
District Judge
Deputy Clerk Lorraine Howard, Reporter Tamora Tichenor
OCR.
Set: 9:am Started 9:am Ended 3:35 PM
United States of America
v.
Bobbie Ray Edwards
Jury Trial Day #5 (See Attach)

FROM: Bobbie Ray Edwards

I have Requested paid copies of the Transcripts of the minutes of the above proceeding, on the "Courts charge to the Jury on the elements of

ADDENDUM C

2-3    13-21

the offenses charged in my Indictment, made in open court by The Honorable Arenda L Wright Allen, District Judge, To redress the courts to no avail. This is a final attempt to exhaust a Required Remedy under 27 USC. 753, which Requires that proceeding in open court be Recorded "verbatim" in the court, 27 USCS § 753(b). At a minium, These records are judicial Records within the meaning of the "access rule". There is a common law right to access federal judicial records which can be enforced by means of an ordinary law suit under 28 USC 1331. <u>Smith v United States</u> 956 F.2d 647 (7Th Cir. 1992).

District Courts have jurisdiction under 28 USC § 1331 over claims on federal common law, it is not necessary to have a claim on a federal statute or provisions of the United States Consitution. Even if a party has not stated a claim (cited) to 28 U.S.CS 1331, when jurisdiction is proper district courts do not generally Reject jurisdiction just because a pro-se petitioner does not correctly, originally, identify a bases. Materials in which a court Relies in determining the

litigant's rights, are judicial records, subject to the right of "public access". Also 18 USC 1512 and 18 USCS 1515 forbid tampering with an official proceeding, federal proceeding. I await your rapid response within ten days on your receipt of this memorandum before proceeding in Civil Court under 28 USC 1331

Pursuant to 28 USC 1746 I Bobbie Ray Edwards Declare under penalty of perjury that the foregoing is true and correct
Executed 8/3/2022

/s/ Bobbie Ray Edwards #10497-007
U.S.P Hazelton
P.O. Box 2000
Bruceton, Mills. W.V
26525

COPY Teresa Frinks
(757) 660-4517

Tamora Tichenor, Court Reporter OCR
Lorraine Howard, Deputy Clerk
Mark S. Davis, Chief Judge
Fernando Galino, Clerk of Court
file;

Case 4:11-cr-00055-AWA-DEM Document 966 Filed 06/11/12 Page 1 of 2 PageID# 8008
Case 2:22-cv-00553-AWA-LRL Document 1 Filed 12/23/22 Page 15 of 18 PageID# 15

15-21

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA

### NORFOLK DIVISION

Monday, June 11, 2012

**MINUTES OF PROCEEDINGS IN** Open Court

**PRESENT:** THE HONORABLE Arenda L. Wright Allen, District Judge

Deputy Clerk: Lorraine Howard          Reporter: Tamora Tichenor, OCR

| Set: 9:00 a.m. | Started: 9:00 a.m. | Ended: 3:35 p.m. |
|---|---|---|

| Case No. 4:11cr55-10 |
|---|
| United States of America |
| v. |
| Bobbie Ray Edwards |
| (Jury Trial Day #5) |
| |
| Laura Tayman present on behalf of the government. |
| Jason Dunn present on behalf of the defendant. |
| Defendant present and in custody. |
| Matter came on for Day #5 of trial with jury. |
| Defendant presented evidence and rested before jury. |
| Jury excused. |
| Out of the presence of the jury, counsel for defendant renewed Oral Motion for Judgment of Acquittal on all counts. Court ruled and FINDS sufficient evidence for case to go to jury. |
| Jury received Court's charge. |
| Closing statements of counsel heard. |
| Alternate juror excused. |
| Jury retired with instructions to begin their deliberations, returning later with a verdict. |
| Special Verdict read into the record and filed in open court. |
| Jury polled on special verdict, all answering in the affirmative. |
| Jury received Court's charge re forfeiture. |

ADDENDUM D

# UNITED STATES DISTRICT COURT
### Eastern District of Virginia
### Newport News Division



FILED
OCT 25 2012

UNITED STATES OF AMERICA

v.

BOBBIE RAY EDWARDS
a/k/a "Bobby Ray Edwards"
a/k/a "Tank"
a/k/a "Sabir Abdullah"
Defendant.

Case Number: 4:11CR00055-010

USM Number: 79023-083

Defendant's Attorney: Jason Dunn

## JUDGMENT IN A CRIMINAL CASE

The defendant was found guilty by a jury on Counts 1, 3, 6, 7, 11, 12, 16, 17, 23, 24 and 40.

Accordingly, the defendant is adjudged guilty of the following counts involving the indicated offenses.

| Title and Section | Nature of Offense | Offense Class | Offense Ended | Count |
|---|---|---|---|---|
| T. 21 U.S.C. § 846 and 841 (a)(1) and (b)(1)(A)(i) | Conspiracy to Distribute and Possess with Intent to Distribute One Kilogram or more of Heroin and Methadone | Felony | November 7, 2011 | 1 |
| T. 21 U.S.C. § 841(a)(1) and (b)(1)(C) and T. 18 U.S.C. § 2 | Distribution and Possession with Intent to Distribute Heroin and Methadone | Felony | April 16, 2010 | 3 |

*(Counts continued on next page)*

As pronounced on October 19, 2012, the defendant is sentenced as provided in pages 2 through 7 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Signed this 19th day of October, 2012.

Arenda L. Wright Allen
United States District Judge

ADDENDUM E

Case 4:11-cr-00055-AWA-DEM Document 1051 Filed 10/25/22 Page 2 of 7 PageID# 8758
Case 2:22-cv-00555-AWA-LRL Document 1 Filed 12/23/22 Page 17 of 18 PageID# 17
17-21
AO 245B (Rev. 12/03)(VAED rev. 2) Sheet 1 - Judgment in a Criminal Case                         Page 2 of 7

Case Number: 4:11CR00055-010
Defendant's Name: EDWARDS, BOBBIE RAY

## ADDITIONAL COUNTS OF CONVICTION

| | | | | |
|---|---|---|---|---|
| T. 21 U.S.C. §841(a)(1) and (b)(1)(B)(i) and T. 18 U.S.C. § 2 | Distribution and Possession with Intent to Distribute Heroin and Methadone | Felony | April 19, 2010 | 6 |
| T. 21 U.S.C. § 841(a)(1) and (b)(1)(A)(i) and T. 18 U.S.C. § 2 | Distribution and Possession with Intent to Distribute Heroin and Methadone | Felony | May 3, 2010 | 7 |
| T. 21 U.S.C. § 841(a)(1) and (b)(1)(B)(i) and T. 18 U.S.C. § 2 | Distribution and Possession with Intent to Distribute Heroin and Methadone | Felony | May 1, 201 | 11 |
| T. 21 U.S.C. 841(a)(1) and (b)(1)(B)(i) and T. 18 U.S.C. § 2 | Distribution and Possession with Intent to Distribute Heroin and Methadone | Felony | June 19, 2011 | 12 |
| T. 21 U.S.C. § 841(a)(1) and (b)(1)(C) and T. 18 U.S.C. § 2 | Distribution and Possession with Intent to Distribute Heroin and Methadone | Felony | July 12, 2011 | 16 |
| T. 21 U.S.C. § 841(a)(1) and (b)(1)(C) and T. 18 U.S.C. § 2 | Distribution and Possession with Intent to Distribute Heroin and Methadone | Felony | July 15, 2011 | 17 |
| T. 18 U.S.C. § 924(c)(1) and 2 | Possession of a Firearm in Furtherance of a Drug Trafficking Crime | Felony | August 9, 2011 | 23 |
| T. 18 U.S.C. § 922(g)(1) and 924(a)(2) and 2 | Possession of a Firearm by a Felon | Felony | August 9, 2011 | 24 |
| T. 18 U.S.C. § 1512(b) | Witness Intimidation | Felony | September 15, 2011 | 40 |

Case 4:11-cr-00055-AWA-DEM Document 1051 Filed 10/25/12 Page 3 of 7 PageID# 8759
Case 2:22-cv-00553-AWA-LRL Document 1 Filed 12/23/22 Page 18 of 18 PageID# 18
AO 245B (Rev. 12/03)(VAED rev. 2) Judgment in a Criminal Case
Sheet 2 - Imprisonment
Page 3 of 7

18-21

Case Number: 4:11CR00055-010
Defendant's Name: EDWARDS, BOBBIE RAY

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **LIFE PLUS SIXTY (60) MONTHS**. This term of imprisonment consists of LIFE on Counts 1 and 24; a term of TWO HUNDRED FORTY (240) MONTHS on Counts 3, 16, 17 and 40; a term of FOUR HUNDRED EIGHTY (480) MONTHS on Counts 6, 7, 11 and 12, all to be served concurrently and a term of SIXTY (60) MONTHS on Count 23 to be served consecutively.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows: _____

_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL